UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIRIAM PEÑA ARREDONDO,<br><br>Plaintiff,<br><br>vs.<br><br>PESHASTIN HI-UP GROWERS, a Washington cooperative association,<br><br>Defendant. | NO: 2:23-CV-0235-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice. ECF No. 9. The parties stipulate and that this action should be dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii). The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED November 13, 2023.



THOMAS O. RICE
United States District Judge